# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

2013 APR 17 ᴾ 2: 0ᶜ

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A gray, Samsung, T-Mobile cellular telephone, with serial number R21CB1Z95ZM, and further described below.

Case No. 1:13-mj-131A

Attest to True Copy

DAVID A. DiMARZIO

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Rhode Island____
*(identify the person or describe the property to be searched and give its location):*
A gray, Samsung, T-Mobile cellular telephone, with serial number R21CB1Z95ZM, seized from Christian Rivera-Lauracuente on March 11, 2013.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Phonebooks, photographs, names, notes, text messages, voicemail messages, addresses and telephone numbers related to drug trafficking, in violation of 21 USC §§841(a)(1) and 846.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 10, 2013_____
   *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __LINCOLN D. ALMOND_____.
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued: 3/28/13 2:00 pm   _____
                                           *Judge's signature*

City and state:   Providence, Rhode Island     LINCOLN D. ALMOND, U.S. MAGISTRATE JUDGE
                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 1125 3/28/13 | Copy of warrant and inventory left with: Christian Rivera Lauracuente |
| Inventory made in the presence of: Carl Bissette | | |
| Inventory of the property taken and name of any person(s) seized: Image Phone | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/17/13

_Executing officer's signature_

John Kehoe USPIS

_Printed name and title_